# United States District Court

WESTERN DISTRICT OF WASHINGTON



LORRIN WHISNANT, individually;
MARLENE HINES, as Limited Guardian
of LORRYN WHISNANT, a minor, and
SEAN WHISNANT, individually,

JUDGMENT IN A CIVIL CASE

v.

UNITED STATES OF AMERICA,

CASE NUMBER: C03-5121FDB

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Motion to dismiss is granted.   This cause of action is dismissed.

July 16, 2003

BRUCE RIFKIN
Clerk

By B. Kay McDermott, Deputy Clerk

03-CV-05121-ORD