IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LORRIN WHISNANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION No. 03-5121 FDB |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | **ORDER** |
| Defendant ) | |
| ) | |

The Court having duly considered the matter and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

The motion by counsel for the United States, Quynh Bain, to withdraw from this action is hereby granted.

DATED this 11th day of October 2006.

_____

FRANKLIN D. BURGESS

UNITED STATES DISTRICT JUDGE

Proposed Order Granting Counsel for
the United States' Motion to Withdraw
From Case No. 03-5121 FDB

U.S. DEPARTMENT OF JUSTICE
ENVIRONMENTAL TORTS SECTION
P.O. BOX 340, BEN FRANKLIN STATION
WASHINGTON, DC  20044